516 A.2d 1186

**Charles E. GIBBONS**

v.

**NEW CASTLE AREA SCHOOL DISTRICT, Petitioner.**

Supreme Court of Pennsylvania.

Oct. 31, 1986.

Petition for Allowance of Appeal GRANTED, No. 91 W.D. Appeal Docket 1986.

516 A.2d 1186

**ERIE INSURANCE EXCHANGE, Petitioner,**

v.

**TRANSAMERICA INSURANCE COMPANY.**

Supreme Court of Pennsylvania.

Nov. 5, 1986.

Petition for Allowance of Appeal GRANTED, No. 90 W.D. Appeal Docket 1986.